*William L. Ankerman,* pro se, in support of the petition.

*Denise B. Smoker,* senior assistant state's attorney, in opposition.

Decided January 31, 2008

## STATE OF CONNECTICUT *v.* RUBEN T.

The defendant's petition for certification for appeal from the Appellate Court, 104 Conn. App. 780 (AC 28187), is denied.

*Alice Osedach,* assistant public defender, in support of the petition.

*Sarah Hanna,* deputy assistant state's attorney, in opposition.

Decided January 31, 2008

## STATE OF CONNECTICUT *v.* LEE ALLAN HENRY, JR.

The defendant's petition for certification for appeal from the Appellate Court, 104 Conn. App. 904 (AC 28344), is denied.

SCHALLER, J., did not participate in the consideration or decision of this petition.

*Lee Allan Henry, Jr.,* pro se, in support of the petition.

Decided January 31, 2008

## EDUARDO MARTINEZ *v.* COMMISSIONER OF CORRECTION

The petitioner Eduardo Martinez' petition for certification for appeal from the Appellate Court, 105 Conn. App. 65 (AC 27798), is denied.